THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHARLES F. O'DONNELL, Appellant, v. EDWARD W. COX, as County Clerk of Queens County, and

Others, Respondents.— Order affirmed, without costs. No opinion. Jenks, P. J., Rich, Putnam, Blackmar and Kelly, JJ., concur.